CENTRAL RAILROAD COMPANY OF NEW JERSEY and the BOARD OF PUBLIC UTILITY COMMISSIONERS OF THE STATE OF NEW JERSEY, complainants-respondents,

*v.*

EMANUEL SIMANDL, BENTON & HOLDEN, INC., and ANNA MISKIW, defendants-appellants.

[Argued October term, 1938. Decided February 6th, 1939.]

*Mr. Harold Simandl,* for Emanuel Simandl.

*Mr. Joseph R. Kane* and *Mr. Samuel Koestler,* for Benton & Holden, Inc., and Anna Miskiw.

*Mr. Charles E. Miller,* for Central Railroad Company.

*Mr. Frank H. Sommer* and *Mr. John A. Bernhard,* for Board of Public Utility Commissioners.

PER CURIAM.

We have carefully examined the pleadings and proofs in this case, the argument and briefs of counsel, and we concur in the conclusion of the learned vice-chancellor that a preliminary injunction should issue.

The order appealed from is affirmed.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 15.

*For reversal*—None.